FILED

06/01/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0661

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0661

_____

ROBERT N. HURD AND CAROL L. HURD,

        Claimants and Appellants.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Russ McElyea, Chief Water Court Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 1 2022